Judge Franklin D. Burgess

FILED RECEIVED LODGED
FEB 19 2003
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICAH GOURDE,<br><br>Defendant. | No. CR02-6067FDB<br><br>GOVERNMENT'S<br>WITNESS LIST |

The following is a list of witnesses the Government intends to call at the evidentiary hearing on the defendant's Motion To Suppress Search Warrant in the above-referenced matter:

1. David Moriguchi
2. Special Agent Greg Small, FBI

DATED this 19th day of February, 2003.

JOHN McKAY
United States Attorney

JANET FREEMAN
Assistant United States Attorney

CR 02-6067 #32

GOVERNMENT'S WITNESS LIST/
Suppression Hearing
United States v. Micah Gourde - 1
CR02-6067FDB

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970