UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

MICAH J. GOURDE,

    Defendant.

Case No. CR02-6067FDB

ORDER CONTINUING *AMELINE* SENTENCING MEMORANDUM DUE DATE

    Defendant moves to continue *Ameline* sentencing proceedings until the Supreme Court has ruled on his petition for a writ of certiorari. Counsel advises that he is informed that the Supreme Court will not review Gourde's petition before October 2006, and may be scheduled for consideration later in the upcoming Supreme Court term. Accordingly, Defendant requests a continuance to December 2006 with leave to renew the continuance if the Supreme Court has not yet ruled. The Government objects to such a long continuance, arguing that it is unlikely that certiorari will be granted, given the statistics and that the Solicitor General has waived the right to respond. The Court is inclined to grant a continuance, however. Now, therefore,

    IT IS ORDERED: the *Ameline* sentencing memorandum due date is continued to October 20, 2006.

    DATED this 1st day of August, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1