UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MICAH J. GOURDE,

    Defendant.

Case No. CR02-6067FDB

ORDER CONTINUING CONSIDERATION OF *AMELINE* SENTENCING PROCEEDINGS

    Defendant Gourde earlier moved to continue *Ameline* sentencing proceedings until the Supreme Court ruled on his petition for a writ of certiorari. Counsel was advised that the Supreme Court would not review Gourde's petition before October 2006 and may be scheduled later in the term. Accordingly, Defendant requested a continuance of the *Ameline* matter until December 2006 with leave for a further continuance if the Supreme Court had taken no action on Gourde's petition. Meanwhile, the *Ameline* matter has been fully briefed. Because the Supreme Court petition remains pending, the Court will continue its consideration of the *Ameline* matter to January 12, 2007; Defendant Gourde's counsel is to keep the Court and the Government advised of the status of his petition.

    NOW, THEREFORE, IT IS ORDERED: *Ameline* sentencing proceeding is CONTINUED to **January 12, 2007**; counsel for Defendant shall advise the Court and the Government on or before that date of the status of the Petition for Certiorari.

    DATED this 8th day of November, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1